1 So.2d 46

### Garland MANSELL v. STATE.
#### 8 Div. 114.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

5 So.2d 850

### Henry MARCUM v. STATE.
#### 6 Div. 808.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

---

4 So.2d 924

### Phillip MARKHAM v. STATE.
#### 8 Div. 166.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

---

5 So.2d 850

### Napoleon MARLOW v. STATE.
#### 5 Div. 140.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

1 So.2d 46

### Fred MARSH v. STATE.
#### 1 Div. 366.

Court of Appeals of Alabama.
Feb. 4, 1941.

Carl M. Booth, of Mobile, for appellant.
Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

1 So.2d 46

### Elzie MARTIN v. STATE.
#### 8 Div. 73.

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.